## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  )  )  ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

*Cynthia Marie Chavez v. Bayer Corporation, et al.*        No. 3:11-cv-13406-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 15, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:   **/s/*Sara Jennings*_____
        **Deputy Clerk**

Dated:  August 19, 2013

Digitally signed by
David R. Herndon
Date: 2013.08.19
10:16:56 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT